Submitted October 29, reversed and remanded November 15, 1976

FROMM, *Petitioner,*

*v.*

THE FISH AND WILDLIFE COMMISSION,

*Respondent.*

(CA 6622)

555 P2d 932

Frederic H. Starkweather, Jr., Gold Beach, filed the brief for petitioner.

Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.

PER CURIAM.

## PER CURIAM.

In this case petitioner seeks judicial review of respondent's order entered pursuant to a contested case hearing refusing to renew petitioner's guide license. Respondent concedes that "* * * there is not substantial evidence in the record to support the Findings of Fact, Conclusions of Law and Order. Accordingly, the matter should be remanded to the respondent for further proceedings."

Reversed and remanded.